GE LANCASTER INVESTMENTS LLC, JE Lancaster Investments LLC, ME Lancaster Investments LLC, DE Lancaster Investments LLC, Lancaster Investment Partners, GJMD Investors Inc., Spring Mill Investors Inc., ME Spring Mill Investments LLC, AE Spring Mill Investments, LLC, DE Spring Mill Investments, LLC, EE Spring Mill Investments, LLC, JE Spring Mill Investments, LLC, SE Spring Mill Investments, LLC, Steven H. Erlbaum, SE Mt. Pleasant Investors, Inc., SE Mt. Pleasant Investments, LLC, Mt. Pleasant Partners, Ridgewood Partners, RDH Ridgewood Investors, Inc., and RDH Ridgewood Investments LLC, Respondents.

v.

AMERICAN EXPRESS TAX AND BUSINESS SERVICES, INC., Petitioner.

Supreme Court of Pennsylvania.

Oct. 16, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2009, the Petition for Allowance of Appeal is hereby **DENIED.** Petitioner's Application for a Stay is **DENIED** as moot.

James WELCH, Appellant

v.

Edward PALKA, Individually; and as A Kingston, Luzerne Co. Police Officer; and Richard Kotchik, Individually; and as A Kingston, Luzerne Co. Police Officer; and Mario Scotti, Individually; and as an Avoca, Luzerne Co. Police Officer; and Robert Evans, Individually; and as an Avoca, Luzerne Co. Police Officer; and John Doe, Individually; and as A Plymouth, Luzerne Co. Police Officer, Appellees.

Supreme Court of Pennsylvania.

Nov. 18, 2009.

PER CURIAM.

**AND NOW,** this 18th day of November, 2009, the order of the Commonwealth Court of November 24, 2008, in the above matter, is **AFFIRMED IN PART** and **REVERSED AND REMANDED IN PART.** Specifically, the order of the Commonwealth Court is **AFFIRMED** to the extent that it dismisses with prejudice all relief requested by Appellant, James Welch, that deviates from the relief specifically provided for by 18 Pa.C.S. § 5726(a), which vests jurisdiction in the Commonwealth Court. However, contrary to the conclusion of the Commonwealth Court, it appearing that Appellant has specifically alleged violations of 18 Pa.C.S. § 5703 and 18 Pa.C.S. § 5741, and, absent full and sufficient legal analysis of these and related provisions by the Commonwealth Court establishing otherwise, it appearing that Appellant has alleged sufficient facts that **may** meet the criteria for establishing violations of these sections, the Common-